KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
   Facsimile:    (415) 436-6748
   email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1. 1933 FORD COUPE ROADSTER, ) <br> ) <br> 2. 1965 CESSNA U206, ) <br> ) <br> 3. 1968 CESSNA 182M, ) <br> ) <br> 4. 1995 CHEVROLET TAHOE, ) <br> ) <br> 5. $30,000 IN UNITED STATES ) <br>    CURRENCY, AND ) <br> ) <br> 6. $7,800 IN UNITED STATES CURRENCY, ) <br> ) <br> ) <br> Defendants. ) <br> ) | No.   C 05-0242 WDB <br><br> STIPULATION AND [PROPOSED] <br> ORDER FOR STAY OF ACTION |

<u>STIPULATION</u>

Plaintiff, United States of America, and claimant Gregory Sperow, through undersigned counsel, jointly apply to this Court for a brief stay of this action, pursuant to Title 21, United States Code, Section 881(j). Gregory Sperow, the sole claimant in this action, is a defendant in a criminal

case in the District of Oregon. The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action in the District of Oregon. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve claimant's right against self-incrimination in the related criminal matter. As such, the parties request that the case management conference be continued until July 27, 2005 at 4:00 p.m., or as soon thereafter as this Court may hear the matter.

DATED: 5/31/05    DATED:

_____    _____
STEPHANIE M. HINDS           DORON WEINBERG
Assistant United States Attorney    Attorney for Jeffrey Sperow

## ORDER

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is stayed in light of the pending related criminal prosecution of Jeffrey Sperow. The case management conference currently scheduled for June 13, 2005 at 4:00 p.m. is vacated. The matter is continued to July 27, 2005 at 4:00 p.m. for further status.

DATED: May 31, 2005

/s/ Wayne D. Brazil
_____
WAYNE D. BRAZIL
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR STAY OF ACTION    2
C 05-0242 JSW

1  case in the District of Oregon. The allegations in the forfeiture complaint are based, in large part, on
2  the allegations at issue in the pending criminal action in the District of Oregon. Consequently, the
3  parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve claimant's right
4  against self-incrimination in the related criminal matter. As such, the parties request that the case
5  management conference be continued until July 27, 2005 at 4:00 p.m., or as soon thereafter as this
6  Court may hear the matter.

7  DATED: 5/31/05                                    DATED

                _____                _____
                STEPHANIE M. HINDS                   DORON WEINBERG
                Assistant United States Attorney    Attorney for Jeffrey Sperow

### ORDER

IT IS HEREBY ORDERED.

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is stayed in light of the pending related criminal prosecution of Jeffrey Sperow. The case management conference currently scheduled for June 13, 2005 at 4:00 p.m. is vacated. The matter is continued to _____ for further status.

DATED:                                              _____
                                                    WAYNE D. BRAZIL
                                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR STAY OF ACTION                              2
C 05-0242 JSW