DORON WEINBERG (CA SBN 46131)
NINA WILDER (SBN 100474)
Law Offices of
WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472

Attorney for Claimant
GREGORY F. SPEROW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>         vs.                     )<br>                                 )<br> 1. 1933 FORD COUPE ROADSTER,    )<br> 2. 1965 CESSNA U206,            )<br> 3. 1968 CESSNA 182M,            )<br> 4. $30,000 IN UNITED STATES     )<br>    CURRENCY, and                )<br> 5. $7,800 IN UNITED STATES      )<br>    CURRENCY,                    )<br>                                 )<br>              Defendants.        )<br>_____)<br>                                 )<br> GREGORY F. SPEROW,              )<br>                                 )<br>              Claimant.          )<br>_____) | Case No. C 05-00242 WDB<br><br>**STIPULATION TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for Claimant Gregory F. Sperow, and Stephanie Hinds, Attorney for Plaintiff, United States of America, that the date presently scheduled for the case management conference in the above-

Stipulation to Continue Date of
Case Management Conference; Order                         1

referenced matter of July 27, 2005 at 4:00 p.m. is rescheduled to August 4, 2005 at 4:00 p.m.

Respectfully submitted,

WEINBERG & WILDER

Dated: July 11, 2005    By: /s/ Doron Weinberg
DORON WEINBERG
Attorney for Claimant
GREGORY F. SPEROW

KEVIN RYAN
United States Attorney

Dated: 7/11/05    By: /s/ Stephanie Hinds
STEPHANIE HINDS
Assistant United States Attorney
Attorney for Plaintiff

IT IS SO ORDERED:

Dated: July 12, 2005

GRANTED
/s/ Wayne D. Brazil
Judge Wayne D. Brazil

HONORABLE WAYNE D. BRAZIL
Magistrate Judge, U.S. District Court