DORON WEINBERG (CA SBN 46131)
NINA WILDER (SBN 100474)
Law Offices of
WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472

Attorney for Claimant
GREGORY F. SPEROW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 1. 1933 FORD COUPE ROADSTER, ) <br> 2. 1965 CESSNA U206, ) <br> 3. 1968 CESSNA 182M, ) <br> 4. $30,000 IN UNITED STATES ) <br> CURRENCY, and ) <br> 5. $7,800 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> GREGORY F. SPEROW, ) <br> ) <br> Claimant. ) <br> _____) | Case No. C 05-00242 WDB <br><br> STIPULATION TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE; ORDER |

IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for Claimant Gregory F. Sperow, and Stephanie M. Hinds, Attorney for Plaintiff, United States of America, that the date presently scheduled for the case management conference in the above-referenced matter, August 4, 2005 at 4:00 p.m. be rescheduled to September 26, 2005 at 4:00

Stipulation to Continue Date of
Case Management Conference; Order                      1

1 p.m., in order to permit Claimant Gregory F. Sperow, to be sentenced in the matter of *United*
2 *States v. Gregory F. Sperow*, (Case No. CR-96-58) in the District of Oregon on September 15,
3 2005.

Respectfully submitted,

WEINBERG & WILDER

Dated: July 28, 2005

By: _____
DORON WEINBERG
Attorney for Claimant
GREGORY F SPEROW

KEVIN RYAN
United States Attorney

Dated: 7/28/05

By: _____
STEPHANIE M. HINDS
Assistant United States Attorney
Attorney for Plaintiff

**IT IS SO ORDERED**

Dated: 8/3/05

HONORABLE WAYNE D. BRAZIL
Magistrate-Judge, U.S District Court

Stipulation to Continue Date of
Case Management Conference, Order

2