UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1933 FORD COUPE ROADSTER, et al.,<br>    Defendant(s).<br>_____/ | No. C 05-0242 WDB<br><br>ORDER FOLLOWING SEPTEMBER 26, 2005, INITIAL CASE MANAGEMENT CONFERENCE |

  On September 26, 2005, the Court held an Initial Case Management Conference in the above-referenced case. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

  1. The Court refers this case to Magistrate Judge Spero for settlement purposes. Magistrate Judge Spero will conduct a series of ex parte telephonic settlement conversations with counsel over the course of the next two to three weeks. Plaintiff's counsel must contact the chambers of Magistrate Judge Spero to schedule a date and time for the first of these telephonic settlement calls.

  2. **By October 14, 2005**, plaintiff's counsel must e-file a statement (with input from defense counsel) that either (i) informs the Court that the case has settled and proposes a date by which a stipulated dismissal must be filed, (ii) requests further

1  time in which to conduct settlement conversations with Magistrate Judge Spero or
2  (iii) informs the Court that (at least at this juncture of the case) further settlement
3  conversations would likely prove unproductive and therefore requests the Court to
4  conduct a further Case Management Conference.  If the parties choose the latter
5  option, the Court will promptly schedule a further Case Management Conference.

7     IT IS SO ORDERED.
8  Dated:   September 27, 2005     /s/  Wayne D. Brazil
   WAYNE D. BRAZIL
9     United States Magistrate Judge

10 Copies to:
Parties, WDB, Wings, JCS.

2