KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile:      (415) 436-6748
   email:      stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-0242 WDB |
|     Plaintiff, | ) | |
| v. | ) | |
| 1.  1933 FORD COUPE ROADSTER, | ) | |
| 2.  1965 CESSNA U206, | ) | **JOINT STATUS REPORT; REQUEST AND [PROPOSED] ORDER FOR STAY OF ACTION** |
| 3.  1968 CESSNA 182M, | ) | |
| 4.  1995 CHEVROLET TAHOE, | ) | |
| 5.  $30,000 IN UNITED STATES CURRENCY, AND | ) | |
| 6.  $7,800 IN UNITED STATES CURRENCY, | ) | |
|     Defendants. | ) | |

On September 26, 2005, the parties appeared before the Court for an initial case management conference. At that hearing, the Court referred the parties to Magistrate Joseph C. Spero to explore settlement. As a result of those preliminary settlement discussions, plaintiff disclosed that Claimant Gregory Sperow is the subject of an ongoing criminal investigation which will likely impact the forfeiture action in this district. Consequently, the parties agree that

a stay in the forfeiture proceeding is appropriate in order to preserve Mr. Sperow's right against self-incrimination in the related investigation. A stay is also appropriate for the government who has an interest in preserving the integrity of the investigation. The parties thus request that matter be stayed pending resolution of the investigation. Accordingly, the parties request that the matter be set for status in approximately 120 days.

DATED: 10/17/05

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 10·17·05

_____
DORON WEINBERG
NINA WILDER
Attorneys for Claimant Gregory Sperow

**PROPOSED ORDER**

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is further stayed in light of the pending criminal investigation concerning Claimant Gregory Sperow. The matter is continued to 2/22/06 at 4:00 p.m. for further status.

IT IS HEREBY ORDERED:

DATED: 10/18/05



_____
Judge Wayne D. Brazil