```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, CA 94102
        Telephone:    (415) 436-6816
 7      Facsimile:    (415) 436-6748
        email:   stephanie.hinds@usdoj.gov
 8
    Attorney for United States of America
 9
10                   UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No.   C 05-0242 WDB
                                       )
14                     Plaintiff,      )
                                       )   STIPULATION AND [PROPOSED]
15              v.                     )   ORDER TO CONTINUE CASE
                                       )   MANAGEMENT CONFERENCE
16                                     )
    1. 1933 FORD COUPE ROADSTER,       )
17                                     )
    2. 1965 CESSNA U206,                )
18                                     )
    3  1968 CESSNA 182M,               )
19                                     )
    4. 1995 CHEVROLET TAHOE,           )
20                                     )
    5. $30,000 IN UNITED STATES        )
21     CURRENCY, AND                   )
                                       )
22  6. $7,800 IN UNITED STATES CURRENCY,)
                                       )
23                                     )
                       Defendants.     )
24  _____)
25
26
27
28
```

1  On October 18, 2005, the Court set a case management conference for 4:00 p.m. on February
2  22, 2006. The parties agree, subject to the Court's approval, that the case management
3  conference be continued to April 19, 2006 at 4:00 p.m., pursuant to 18 U.S.C. § 981(g). In
4  addition, the Assistant United States Attorney, Stephanie Hinds, is out of town on business until
5  early March and is unavailable on February 22, 2006.
6  IT IS SO STIPULATED on this 16th day of February, 2006:

8  Weinberg & Wilder

   KEVIN V. RYAN
   United States Attorney

10  _____
11  NINA WILDER
    Attorney for Gregory Sperow

    STEPHANIE M. HINDS
    Assistant United States Attorney

16  IT IS SO ORDERED on this ___16th___ day of February, 2006.



WAYNE D. BRAZIL
Magistrate Judge