KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    email:      stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>1.  1933 FORD COUPE ROADSTER,<br>2.  1965 CESSNA U206,<br>3   1968 CESSNA 182M,<br>4.  1995 CHEVROLET TAHOE,<br>5.  $30,000 IN UNITED STATES<br>     CURRENCY, AND<br>6.  $7,800 IN UNITED STATES<br>     CURRENCY,<br><br>                Defendants. | No.   C 05-0242 WDB<br><br>STIPULATION TO CONTINUE<br>DATE FOR CASE MANAGEMENT<br>CONFERENCE; ORDER |

## STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorney and claimant, Gregory F. Sperow, by and through his attorney of record, Doron

///

1  Weinberg, hereby stipulate that the case management conference currently scheduled for April
2  19, 2006 at 4:00 p.m. be continued until May 11, 2006 at 2:00 1:00 p.m.

3  Dated: 4/14/06                    Respectfully submitted,

4                                    KEVIN V. RYAN
                                     United States Attorney
5

6                                         /S/
                                     ───────────────────────────
                                     STEPHANIE M. HINDS
7                                    Assistant United States Attorney

8

9  Dated: 4/14/06                         /S/
                                     ───────────────────────────
                                     DORON WEINBERG, ESQ.
10                                   Attorney for Claimant
                                     Gregory F. Sperow
11

12                                   ORDER

13       IT IS SO ORDERED

                                      /s/ Wayne D. Brazil
14  Dated:   4-17-06                 ───────────────────────────
                                     WAYNE D. BRAZIL
15                                   United States Magistrate Judge

STIPULATION TO CONTINUE DATE FOR                                    2
CASE MANAGEMENT CONFERENCE; ORDER
C 05-0242 JSW

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Attorneys Office, and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of STIPULATION TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE; ORDER to be electronically served this date upon the person at the place and address which is the last known address:

Doron Weinberg, Esq.
823 Octavia Street
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of April, 2006, at San Francisco, California.

/S/
ALICIA CHIN
Paralegal/ AFU