UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>1933 FORD COUPE ROADSTER, et al.,<br>        Defendant(s).<br>_____/ | No. C 05-0242 WDB<br><br>ORDER FOLLOWING MAY 11, 2006, FURTHER CASE MANAGEMENT CONFERENCE |

On May 11, 2006, the Court held a Further Case Management Conference in the above-referenced case. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

1. Given the posture of the case and of related investigations, the Court has decided to put this matter over for an additional three months. Accordingly, **on August 3, 2006, at 4:00 p.m.,** the parties must appear for a further Case Management Conference by **phone**. Plaintiff must initiate the call, get all parties on the line, then call the Court at **510-637-3326**. In addition, **by August 1, 2006 at noon**, the parties must file individual statements or, if possible, a joint statement, updating the Court on the status of any matters that may be relevant for the Court to assess in deciding whether to open discovery and to set a date for trial.

2. **By June 28, 2006**, Defendant's counsel must **e-file** one of the following: (a) a substituted Answer for the Answer currently on file (which asserts only that Defendant invokes his rights under the Fifth Amendment); or (b) A statement that Defendant's counsel has reached agreement with Ms. Hinds, counsel for the United States, that Defendant does not need to file a substituted Answer; or (c) A motion seeking relief from filing a substituted Answer, should Defendant believe appropriate grounds exist for such a motion.

IT IS SO ORDERED.
Dated:   May 12, 2006

*/s/ Wayne D. Brazil*
_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Stats.