UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-0242 WDB |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| 1933 FORD COUPE ROADSTER, et al., | |
| Defendant(s). | |

Pursuant to the parties' oral request to Court staff, the Court CONTINUES the scheduled case management conference from August 3, 2006, **to Thursday, September 14, 2006, at 4:00 p.m.**

IT IS SO ORDERED.

Dated:   August 3, 2005              /s/  Wayne D. Brazil
                                     WAYNE D. BRAZIL
                                     United States Magistrate Judge

Copies to:
Parties, WDB, stats.

1