UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>1933 FORD COUPE ROADSTER, et al.,<br>            Defendant(s).<br>_____/ | No. C 05-0242 WDB<br><br>*AMENDED* ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to the parties' oral request to Court staff, the Court CONTINUES the scheduled case management conference from August 3, 2006, **to Thursday, September 14, 2006, at 4:00 p.m.**

**By Thursday, September 7, 2006,** the parties must file with the Court their updated case management conference statements.

IT IS SO ORDERED.

Dated:   August 3, 2005               /s/ Wayne D. Brazil
                                                   WAYNE D. BRAZIL
                                                   United States Magistrate Judge

Copies to:
Parties, WDB, stats.

1