**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1933 FORD COUPE ROADSTER, et al.,<br><br>    Defendant(s).<br>_____/ | No. C 05-0242 WDB<br><br>ORDER FOLLOWING SEPTEMBER 14, 2006, FURTHER CASE MANAGEMENT CONFERENCE |

    On September 14, 2006, the Court held a Further Case Management Conference in the above-referenced case. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

    Given the recent indictment filed in Idaho naming Gregory F. Sperow in a potentially related criminal proceeding, the Court has decided to put this matter over for an additional month. Accordingly, **on Thursday, October 19, 2006, at 1:30 p.m.,** the parties must appear for a further Case Management Conference by **phone**. Defendant's counsel, Ms. Nina Wilder, must initiate the call, get all parties on the line, then call the Court at **510-637-3909**. In addition, **by Monday, October 16, 2006**, the parties must file individual statements or, if possible, a joint

1

1 statement, updating the Court on the status of any matters that may be relevant for
2 the Court to assess in deciding how to proceed.

4     IT IS SO ORDERED.

5 Dated:   September 14, 2006

*/s/ Wayne D. Brazil*
_____
WAYNE D. BRAZIL
United States Magistrate Judge

7 Copies to:
8 Parties, WDB, Stats.