| | |
|---|---|
| 1 | DORON WEINBERG (CA SBN 46131) |
| | NINA WILDER (SBN 100474) |
| 2 | |
| | **WEINBERG & WILDER** |
| 3 | 523 OCTAVIA STREET |
| | SAN FRANCISCO, CALIFORNIA 94102 |
| 4 | |
| | TEL. (415) 431-3472 |
| 5 | |
| | Attorneys for Claimant |
| 6 | GREGORY F. SPEROW |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. C 05-00242 WDB** |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | <u>STATUS CONFERENCE</u> |
| | ) | |
| 1. 1933 FORD COUPE ROADSTER, | ) | |
| 2. 1965 CESSNA U206, | ) | |
| 3. 1968 CESSNA 182M, | ) | |
| 4. $30,000 IN UNITED STATES CURRENCY, and | ) | |
| 5. $7,800 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| GREGORY F. SPEROW, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

**IT IS AGREED** by the parties, through their undersigned attorneys, Stephanie Hinds for Plaintiff United States, Nina Wilder for Claimant Gregory Sperow, that the telephonic status conference scheduled for October 19, 2006 at 1:30 p.m. should be continued to October 26, 2006 at 1:30 p.m. for the following reasons: Nina Wilder represents a grand jury target who has been commanded to appear before the Oakland Grand Jury, and for subsequent handwriting exemplar

STATUS CONFERENCE STATEMENT
C-05-00242                    1

on October 19, 2006 at 1:00 p.m. The government has estimated that the appearance and exemplar process will likely take several hours. Under these circumstances, counsel would find it difficult to participate in a status hearing, nor even to initiate the conference call as currently required.  Additionally, Stephanie Hinds now has a court appearance in San Francisco District Court on the afternoon of the 19th.

Consequently, it would be more convenient for both counsel to continue the status hearing to October 26th, at 1:30 p.m. or such other time as is convenient to the Court.  Nina Wilder will initiate the conference call on the selected date.

Dated: October 18, 2006

> /s/
> STEPHANIE HINDS*
> Assistant United States Attorney
> Attorney for Plaintiff

Dated:  October 18, 2006

> /s/
> NINA WILDER
> Attorneys for Claimant
> GREGORY F. SPEROW

* Nina Wilder is authorized to sign for Assistant United States Attorney Stephanie Hinds.

**IT IS SO ORDERED.**

Dated:   10/18/06

> /s/ Wayne D. Brazil
> HONORABLE WAYNE D. BRAZIL
> United States Magistrate Judge

STATUS CONFERENCE STATEMENT
C-05-00242                                    2