UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>1933 FORD COUPE ROADSTER, et al.,<br>        Defendant(s).<br>_____/ | No. C 05-0242 WDB<br><br>ORDER FOLLOWING OCTOBER 26, 2006, FURTHER CASE MANAGEMENT CONFERENCE |

On October 26, 2006, the Court held a Further Case Management Conference. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

1. The Court refers this case for a second time to Magistrate Judge Spero for settlement purposes. Magistrate Judge Spero will conduct settlement conversations with counsel through a series of private caucuses. The parties will hear from Judge Spero's chambers directly to schedule a date and time for these settlement discussions.

2. **On Wednesday, November 29, 2006, at 3:00 p.m.**, the parties must appear by telephone for a further case management conference. To appear, Plaintiff's counsel, Ms. Stephanie Hinds, shall get Defendant's counsel, Ms. Nina Wilder, on the line and call the courtroom at 510-637-3909. In addition, by no later than **Monday,**

1 | **November 27, 2006,** the parties must file individual statements updating the court on
2 | what has transpired since the last status conference on October 26, 2006, and setting
3 | forth specific proposals for discovery as the case goes forward.

    IT IS SO ORDERED.

Dated:   October 26, 2006

*/s/ Wayne D. Brazil*

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Wings, JCS.