1  DORON WEINBERG (CA SBN 46131)
2  NINA WILDER (SBN 100474)

3  **WEINBERG & WILDER**
   523 OCTAVIA STREET
4  SAN FRANCISCO, CALIFORNIA 94102

5  TEL. (415) 431-3472

6  Attorneys for Claimant
   GREGORY F. SPEROW

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           )   **Case No. C 05-00242 WDB**
                                       )
10         Plaintiff,                  )
                                       )   STIPULATION TO CONTINUE
11     vs.                             )   STATUS CONFERENCE
                                       )
12 1. 1933 FORD COUPE ROADSTER,        )
   2. 1965 CESSNA U206,                )
13 3. 1968 CESSNA 182M,                )
   4. $30,000 IN UNITED STATES         )
14    CURRENCY, and                    )
   5. $7,800 IN UNITED STATES          )
15    CURRENCY,                        )
                                       )
16         Defendants.                 )
   _____)
17                                     )
   GREGORY F. SPEROW,                  )
18                                     )
           Claimant.                   )
19 _____)

20     **IT IS AGREED** by the parties, through their undersigned attorneys, Stephanie Hinds for

21 Plaintiff United States, Nina Wilder for Claimant Gregory Sperow, that the telephonic status

22 conference scheduled for November 29, 2006 at 1:30 p.m. should be continued to December 19,

23 2006 at 1:30 p.m. to allow time for Claimant Sperow to decide whether he will stipulate to a

24 dismissal without prejudice of the instant action in light of the Idaho Indictment and criminal

25 forfeiture allegations contained therein. The parties will file either a stipulation to dismiss or a

26 further status conference statement in accordance with the Local Rules. Assistant United States

27 Attorney Stephanie Hinds will initiate the conference call on the selected date.

28

SIPULATION RE: STATUS CONFERENCE
C-05-00242                              1

| | |
|---|---|
| 1 | Dated: November 28, 2006 |
| 2 |                                             /s/ |

1  Dated: November 28, 2006

                             /s/
STEPHANIE HINDS*
Assistant United States Attorney
Attorney for Plaintiff

Dated: November 28, 2006

                             /s/
NINA WILDER
Attorneys for Claimant
GREGORY F. SPEROW

\* Nina Wilder is authorized to sign for Assistant United States Attorney Stephanie Hinds.

**IT IS SO ORDERED.**

Dated: 11/30/2006

                             */s/ Wayne D. Brazil*
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge