DORON WEINBERG (CA SBN 46131)
NINA WILDER (CA SBN 100474)

**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102

TEL. (415) 431-3472

Attorneys for Claimant
GREGORY F. SPEROW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>1. 1933 FORD COUPE ROADSTER,<br>2. 1965 CESSNA U206,<br>3. 1968 CESSNA 182M,<br>4. $30,000 IN UNITED STATES CURRENCY, and<br>5. $7,800 IN UNITED STATES CURRENCY,<br><br>    Defendants.<br>_____<br><br>GREGORY F. SPEROW,<br><br>    Claimant.<br>_____ | **Case No. C 05-00242 WDB**<br><br>STIPULATION TO CONTINUE <u>STATUS CONFERENCE</u> |

**IT IS AGREED** by the parties, through their undersigned attorneys, Stephanie Hinds for Plaintiff United States, Nina Wilder for Claimant Gregory F. Sperow, that the telephonic status conference scheduled for December 19, 2006 should be continued to January 18, 2007 at 1:30 p.m. to allow time for Claimant Sperow to decide whether he will stipulate to a dismissal without prejudice of the instant action in light of the Idaho Indictment and criminal forfeiture allegations contained therein.

Claimant Sperow has asked his counsel several questions regarding the proposed dismissal. Counsel requires the additional time to answer those questions, and to allow Claimant to make an informed decision regarding his course of action in this case.

SIPULATION RE: STATUS CONFERENCE
C-05-00242               1

1 | Dated: December 18, 2006

/s/
STEPHANIE HINDS*
Assistant United States Attorney
Attorney for Plaintiff

Dated: December 18, 2006

/s/
NINA WILDER
Attorneys for Claimant
GREGORY F. SPEROW

* Nina Wilder is authorized to sign for Assistant United States Attorney Stephanie Hinds.

**IT IS SO ORDERED.**

Dated: 12/19/06

/s/ Wayne D. Brazil

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge