DORON WEINBERG (CA SBN 46131)
NINA WILDER (CA SBN 100474)

**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102

TEL. (415) 431-3472

Attorneys for Claimant
GREGORY F. SPEROW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>1. 1933 FORD COUPE ROADSTER,<br>2. 1965 CESSNA U206,<br>3. 1968 CESSNA 182M,<br>4. $30,000 IN UNITED STATES CURRENCY, and<br>5. $7,800 IN UNITED STATES CURRENCY,<br><br>  Defendants.<br><br>GREGORY F. SPEROW,<br><br>  Claimant. | **Case No. C 05-00242 WDB**<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

**IT IS AGREED** by the parties, through their undersigned attorneys, Stephanie Hinds for Plaintiff United States, Nina Wilder for Claimant Gregory F. Sperow, that the telephonic status conference scheduled for January 18, 2007 should be continued to March 14, 2007 at 1:30 p.m., the date noticed for Plaintiff's motion to dismiss this action in light of the Idaho Indictment and the criminal forfeiture allegations contained therein.

Over the holidays, Claimant Sperow was in transit to the District of Idaho, and counsel had no communications with him until earlier this week. Now that Claimant is in Idaho, it is

///

expected that his legal questions can be fully resolved before the next hearing date. The parties jointly apologize for their failure to advise the Court sooner of the status of the case.

Dated: January 18, 2007

/s/
STEPHANIE HINDS*
Assistant United States Attorney
Attorney for Plaintiff

Dated: January 18, 2007

/s/
NINA WILDER
Attorneys for Claimant
GREGORY F. SPEROW

* Nina Wilder is authorized to sign for Assistant United States Attorney Stephanie Hinds.

**IT IS SO ORDERED.**

/s/ Wayne D. Brazil

Dated: 1/18/07

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge